UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARL GORDON,<br><br>                     Plaintiff,<br><br>     v.<br><br>GAVIN NEWSOM, Governor of the State of California, et. al.,<br><br>                     Defendants. | Case No. CV 24-06476-MRA (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMNEDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge (Dkt. No. 97, the "Report"), Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (Dkt. No. 123, "Objections"), Plaintiff's notice of clerical error and notice to clerk, (Dkt. No. 100), Defendants' Response to Plaintiff's Objections (Dkt. No. 101, "Reply"), and Plaintiff's Rebuttal Declaration and Request for Judicial Notice (Dkt. No. 102, "Rebuttal"). Pursuant to 28 U.S.C.

§636(b)(1)(C) and Fed.R.Civ.P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which Objections were directed.

The Report recommends the dismissal of the First Amended Complaint with prejudice. (Dkt. No. 97.) Plaintiff's objections to the Report (Dkt. No. 98) do not merit any change to the Report's findings or recommendations.

Plaintiff objects that the Report made a series of intentionally false claims. (Dkt. No. 98 at 6-9.) The objection is wholly unfounded. The Report correctly found that Plaintiff failed to cite relevant authority (Dkt. No. 97 at 40); that he failed to establish a mootness exception (id. at 29); that his official-capacity claims are barred by claim preclusion (id. at 18); that he failed to plausibly plead judicial misconduct or fraud upon the court (id. at 23); that he failed to clearly specify a financial benefit to Governor Newsom from SB-152 (id. at 13); and that his requests for judicial notice were untimely and otherwise improper (id. at 46 n.17).

Plaintiff objects to the Report's legal findings regarding Governor Newsom's disqualification and the due process claim. (Dkt. No. 98 at 9-12.) The Report addressed the substance of these arguments, and Plaintiff fails to overcome the analysis. Plaintiff failed to show that Governor Newsom's alleged conflict of interest was a "temporary disability" in carrying out his executive duties during the recall election or that Plaintiff's alleged federal due

process right in that election was clearly established.  (Dkt. No. 97 at 38-39.)

Plaintiff objects to the Report's findings on mootness and claim preclusion.  (Dkt. No. 98 at 12-14.)  As the Report thoroughly addressed, Plaintiff's claims for prospective injunctive and declaratory relief are moot, and his claim for damages is barred by qualified immunity.  (Dkt. No. 97 at 25-30, 35-45.)  Plaintiff's claims against Defendants in their official capacity are barred by claim preclusion because Plaintiff raised these challenges in Case No. CV 21-7270-FMO (MAR).  (Id. at 18-20.)  Moreover, claim preclusion "cannot be avoided by alleging new facts or new legal theories[.]"  (Id. at 21 (citing cases).)  Plaintiff has failed to overcome this analysis.

Plaintiff objects on the grounds of judicial bias and partiality.  (Dkt. No. 98 at 14-20.)  The record does not support Plaintiff's contentions of judicial bias.  See Liteky v. United States, 510 U.S. 540, 555 (1994) ("judicial rulings alone almost never constitute a valid basis for a bias or partiality motion").

Plaintiff requests judicial notice of exhibits from his pending appeal before the United States Court of Appeals for the Ninth Circuit, in Case No. 25-561.  (Dkt. No. 98 at 20-22.)  As the Magistrate Judge found, Plaintiff's requests for judicial notice were untimely in relation to the Motion to Dismiss.  (Dkt. No. 94 at 5.)  Nonetheless, the contents of Plaintiff's filings were taken into account in assessing the merits of Plaintiff's

3

claims and determining whether dismissal should be with or without leave to amend.  (Dkt. No. 97 at 4 n.2.)

Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

In sum, Plaintiff's Objections do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations.

**IT IS ORDERED** that (1) Defendants' request for judicial notice is GRANTED; (2) Defendants' motion to dismiss the First Amended Complaint is GRANTED; and (3) Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff.

DATED: July 31, 2025

_____
MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE