JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

CARL GORDON,

               Plaintiff,

     v.

GAVIN NEWSOM, Governor of
the State of California,
et. al.,

               Defendants.

Case No. CV 24-06476-MRA (AS)

**JUDGMENT**

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: July 31, 2025

_____
MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE